UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------X
WEN LIN LIU, *on his own behalf and on behalf of others similarly situated*,

                        Plaintiff,

             v.

LITTLE LOTUS LLC d/b/a Little Lotus;
ALLIANCE RESTAURANT GROUP LLC d/b/a Red Lotus;
LAWRENCE Y. WANG a/k/a Larry Wang; and
BILIAN CHEN a/k/a Bi Lian Chen a/k/a Nia Chen,

                        Defendants.

Case No.: 3:25-cv-00990-SRU

---------------------------------------------------------------X

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY

Pursuant to D. Conn. L. Civ. R. 7(b) and Fed. R. Civ. P. 16(b)(4), Defendants respectfully move for a sixty (60)-day extension of the fact discovery deadline, from December 22, 2025 to February 20, 2026.

By Order dated June 21, 2025, the Court set December 22, 2025 as the deadline to complete discovery. (ECF No. 4.) Plaintiff consents to this application, as confirmed by email dated November 25, 2025.

Good cause supports the requested extension. Discovery is actively progressing: the parties have served discovery requests and are in the process of exchanging and reviewing responses. However, additional time is necessary to coordinate and complete

party depositions and any reasonable follow-up discovery prompted by deposition testimony or document production. Scheduling has been complicated by the parties' availability during the holiday season and by health issues affecting Defendants, which have limited Defendants' ability to prepare for and sit for depositions on the existing schedule. The requested enlargement will allow the parties to complete depositions in an orderly manner and ensure that discovery is completed on a full and fair record.

The requested extension is unopposed, is sought in good faith, will not prejudice Plaintiff, and will promote the orderly determination of this action.

WHEREFORE, Defendants respectfully request that the Court grant this Motion and extend the deadline to complete fact discovery through February 20, 2026, and for such other and further relief as the Court deems just and proper.

Dated: Flushing, New York
December 22, 2025

HANG & ASSOCIATES, PLLC
By: _____*s/ Ge Qu*_____
Ge Qu, Esq.
136-20 38th Ave, Suite 10G
Flushing, NY 11354
Tel: (718) 353-8588
Email: rqu@hanglaw.com
*Attorneys for Defendants*