**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

**Wen Lin Liu,**
**Plaintiff,**

**v.**

**Little Lotus LLC, et al.,**
**Defendants.**

No. 3:25-cv-00990 (SRU)

**<u>ORDER</u>**

It is hereby ordered that:

1. Within 14 days of this Order, Defendants shall furnish to Liu's counsel a Microsoft Excel spreadsheet containing, for each current and former non-exempt and non-managerial employee employed at any time in the three-year period preceding the date of this Order, that individual's:

    a. Column A: First Name;

    b. Column B: Last Name;

    c. Column C: Job Position;

    d. Column D: Last Known Address, including street address, apartment number (if applicable), city, and zip code;

    e. Column E: Last Known Telephone Number;

    f. Column F: Last Known Email Address;

    g. Column G: Compensation and Pay Schedule (*i.e.* per day, weekly, semi-monthly, or monthly);

    h. Column H: Start Date; and

    i. Column I: End Date.

2. The mailing list shall be accompanied by an Affidavit from Defendants certifying that the list is complete and consistent with employment records.
3. The names of the Defendants and Named Plaintiff shall not be included on the list.
4. The mailing list shall be treated by the parties as confidential.
5. The Notice of Pendency and Consent to Sue Form shall be disseminated by Liu's counsel, in any relevant language, via mail, email, and text, to all members of the collective.
6. Relevant languages include English, Mandarin, and Spanish.
7. Liu's counsel shall, at the same time that he disseminates notice to the potential opt-in plaintiffs, send a copy of the Notice, including translations of the Notice, to the Defendants, who shall post a copy of the notice, including its translations, in a conspicuous and unobstructed location likely to be seen by all currently employed members of the collective. The notice shall remain posted for the duration of the opt-in period at Red Lotus's principal address of 872 Bridgeport Avenue, Shelton, CT 06484.
8. Additionally, in conjunction with dissemination via mail, email, and text, a web page shall be established on Liu's counsel's website which allows for electronic submission of the Consent to Sue Form. Opt-in plaintiffs may submit the Consent to Sue Form to Liu's counsel, or, if they choose alternative representation, to the counsel of their choice.
9. Within 30 days after receipt of a complete and accurate Excel spreadsheet, or 36 days after entry of this Order, whichever is later, Liu or his designated representatives shall send a copy of the Notice of Pendency and Consent to Sue Form to the potential opt-in plaintiffs via First Class U.S. mail or email.

10. Liu's counsel may not disseminate the Notice via social media or initiate calls with the potential opt-in plaintiffs.
11. Liu's counsel may re-mail or re-email the Notice to any putative collective member whose Notice is returned as undeliverable, with a forwarding address.
12. Liu's counsel may only send one reminder notice via mail, email, and text to the potential opt-in plaintiffs.
13. The Notice of Pendency and Consent to Sue Form shall indicate that opt-in plaintiffs must consent to join the action within 60 days from the date the Notice is disseminated.

SO ORDERED at Bridgeport, Connecticut this 17th day of June 2026.

/s/ STEFAN R. UNDERHILL
Stefan R. Underhill
United States District Judge