**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

-------------------------------------------------------------------x

WEN LIN LIU,
*on behalf of himself and others similarly situated,*
Plaintiff,

v.

LITTLE LOTUS LLC
d/b/a Little Lotus,
ALLIANCE RESTAURANT GROUP LLC
d/b/a Red Lotus,
LAWRENCE Y. WANG
a/k/a Larry Wang, and
BILIAN CHEN
a/k/a Bi Lian Chen
a/k/a Nia Chen
Defendants.

-------------------------------------------------------------------x

**Case No. 25-cv-00990**

**NOTICE OF EMERGENCY MOTION FOR CONFERENCE REGARDING COERCIVE COMMUNICATIONS BY DEFENDANTS WITH COLLECTIVE MEMBERS**

**PLEASE TAKE NOTICE** that upon the annexed Declaration of John Troy, sworn to on September 21, 2026, and all exhibits attached thereto, and upon all prior pleadings and proceedings herein, the undersigned shall move this Court, at the Brien McMahon Federal Building, United States Courthouse for the District of Connecticut, 915 Lafayette Boulevard, Courtroom 1, Bridgeport, CT 06604, before the Honorable Stefan R. Underhill, United States District Judge, for an Order convening a conference regarding expedited discovery into, and/or an extension of the deadline to opt into this matter by sixty (60) days to remedy, and/or any other remedies the Court deems just and proper for, false and misleading communications from Defendant Lawrence W. Wang ("Wang") to current and former employees of Alliance Restaurant Group LLC ("Red Lotus"), outside the notice process prescribed by the Court, in an attempt to coerce such current and former employees out of exercising their right to opt into this lawsuit to recover unpaid wages.

Dated: September 21, 2026
Flushing, NY

*/s/ John Troy*
John Troy
TROY LAW, PLLC
41-25 Kissena Boulevard
Suite 110
Flushing, NY 11355
(718) 762-1324
troylaw@troypllc.com
*Attorney for Plaintiffs*