11:43 5G

1

+1 (347) 526-3553

iMessage信息
已加密

7月26日 周日 上午11:39

Hi Andy hope you are well just a heads up the sushi guy who you fighted with in Feb 2025 is suing me and you will be getting a request to join him in a lawsuit. Just a heads up I'm sending to all my staff at that time thanks !

OK, everything is going smoothly.

已送达

Where are you working now Andy

Would love to try your food at your new place

Hope Nia and I are invited

若未预期会收到来自未知发件人的这则信息，其可能为垃圾信息。

报告垃圾信息

iMessage信息