# PLAINTIFF CONSENT FORM

IF YOU RECEIVED THIS FORM AND WANT TO JOIN THIS LAWSUIT, PLEASE COMPLETE THESE TWO STEPS:

A. COMPLETE AND SIGN THIS PLAINTIFF CONSENT FORM; AND

B. USE THE ENCLOSED ENVELOPE TO RETURN THIS FORM TO THE ADDRESS BELOW NOT LATER THAN 90 DAYS FROM NOTICE IS SENT OUT.

1. I consent to be a party plaintiff in the lawsuit ***WEN LIN LIU v. LITTLE LOTUS LLC d/b/a Little Lotus et al.*****, U.S. District Court, District of Connecticut, Civil Action No. 25-cv-00990** in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2. By signing and returning this consent form, I hereby designate Plaintiff WEN LIN LIU and his counsel Troy Law, PLLC ("the Firm") to represent me and make decisions on my behalf concerning the litigation and any settlement. I understand that reasonable costs expended on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firm will petition the Court for reasonable attorneys' fees and expenses should this case settle or a money judgment is received and will receive a proportion of any such gross settlement or judgment amount. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable.

Isaiah Oakley
Name (printed)

[signature] 10 / 12 / 2026
Signature Date

[redacted]

[redacted] [redacted] [redacted]
City State ZIP

Questions?
Contact Plaintiff's Counsel at:
(718)762-1324 or TROYLAW@TROYPLLC.COM

Best Telephone Number(s)

[redacted]

Email

872 Bridgeport Ave, Shelton, CT, 06484.

Work Location(s)

August 14, 2024

Employment Start Date

October 26, 2024

Employment End Date

**Mail to:**

**TROY LAW, PLLC,**
**41-25 KISSENA BOULEVARD, SUITE 110**
**FLUSHING, NY 11355**
**RE: *WEN LIN LIU v. LITTLE LOTUS LLC d/b/a Little Lotus et al.***

YOU CAN ALSO FAX THE CONSENT TO JOIN FORM TO (718) 762-1342

OR SCAN AND EMAIL IT TO: troylaw@troypllc.com